IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, Trustee,<br><br>    Plaintiffs,<br><br>v.<br><br>AUFFENBERG FORD, INC.,<br><br>    Defendant. | Case No. 08 C 1103<br><br>Judge Gettleman<br><br>Magistrate Judge Nolan |

**AGREED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Defendant, Auffenberg Ford, Inc., by and through its undersigned counsel, hereby requests that this Court grant its Motion for Extension of Time to file an Answer and Defenses to Plaintiffs' Complaint in the above matter.

1.  Defendant hereby requests this Court grant it a brief extension from March 20, 2008 until March 31, 2008, within which to file its Answer and Defenses.

2.  Defendant represents to this Court that it has contacted Plaintiffs in this matter who have agreed and consented to the relief sought in this Motion.

WHEREFORE, Defendant prays that this Court grant its Motion for an Extension of Time to File Responsive Pleadings in the above matter until March 31, 2008 and for any such other and further relief as may be necessary.

Respectfully submitted,

**AUFFENBERG FORD, INC.**


By:  /s/Donald J. Vogel
     One of its Attorneys

Donald J. Vogel (#6191438)
Sara L. Pettinger (#6204647)
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
(312) 255-7200
(312) 422-1224 (facsimile)
dvogel@scopelitis.com
spettinger@scopelitis.com


Stanley G. Schroeder
R. Michael Lowenbaum
The Lowenbaum Partnership
222 South Central Avenue, Suite 901
St. Louis, Missouri 63105
(314) 863-0092
(314) 746-4848 (facsimile)
sschroeder@lowenbaumlaw.com
rlowenbaum@lowenbaumlaw.com

## **CERTIFICATE OF SERVICE**

I, Donald J. Vogel, hereby certify that on March 17. 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Laura C. Bacon, Esq.
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
lbacon@centralstatesfunds.org

/s/Donald J. Vogel