# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> AUFFENBERG FORD, INC., <br><br> Defendant. | Case No. 08 C 1103 <br><br> Judge Gettleman <br><br> Magistrate Judge Nolan |

## NOTICE OF AGREED MOTION

TO:   Laura C. Bacon, Esq.
      Central States Funds Law Department
      9377 W. Higgins Road
      Rosemont, Illinois 60018-4938
      lbacon@centralstatesfunds.org

PLEASE TAKE NOTICE that on the 25th day of March, 2008 at 9:15 a.m., the undersigned counsel for Defendant, Auffenberg Ford, Inc. shall appear before the Honorable Judge Robert W. Gettleman at the U.S. District Court for the Northern District of Illinois, Eastern Division, in Room 1703, and shall then and there present its **Agreed Motion for Extension of Time to File Responsive Pleading**, a copy of which is served upon you.

Respectfully submitted,

**AUFFENBERG FORD, INC.**

By:   /s/Donald J. Vogel
      One of its Attorneys

Donald J. Vogel (#6191438)
Sara L. Pettinger (#6204647)
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
(312) 255-7200

**CERTIFICATE OF SERVICE**

I, Donald J. Vogel, hereby certify that on March 17. 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Laura C. Bacon, Esq.<br>
Central States Funds Law Department<br>
9377 W. Higgins Road<br>
Rosemont, Illinois 60018-4938<br>
lbacon@centralstatesfunds.org

/s/Donald J. Vogel