# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> AUFFENBERG FORD, INC., <br><br> Defendant. | Case No. 08 C 1103 <br><br> Judge Gettleman <br><br> Magistrate Judge Nolan |

## NOTICE OF FILING

TO:   Laura C. Bacon, Esq.
      Central States Funds Law Department
      9377 W. Higgins Road
      Rosemont, Illinois 60018-4938
      lbacon@centralstatesfunds.org

PLEASE TAKE NOTICE that on the 31st day of March, 2008, the undersigned counsel for Defendant, Auffenberg Ford, Inc. caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, its ANSWER AND AFFIRMATIVE DEFENSES, copy of which is served upon you.

Respectfully submitted,

**AUFFENBERG FORD, INC.**

By:   /s/Donald J. Vogel
      One of its Attorneys

Donald J. Vogel (#6191438)
Sara L. Pettinger (#6204647)
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
Telephone: (312) 255-7200

## **CERTIFICATE OF SERVICE**

      I, Donald J. Vogel, hereby certify that on March 31. 2008, the foregoing Notice of Filing and Defendant's Answer and Affirmative Defenses were filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Laura C. Bacon, Esq.
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
lbacon@centralstatesfunds.org

      /s/Donald J. Vogel