UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

Plaintiff,

v.  Case No.: 1:08−cv−01103
Honorable Robert W. Gettleman

Auffenberg Ford, Inc.

Defendant.

### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision and settlement. (gds, ) Mailed notice.

Dated: April 28, 2008

/s/ Robert W. Gettleman

United States District Judge