**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                                Plaintiff,

v.                                              Case No.: 1:08−cv−01103
                                               Honorable Robert W.
                                               Gettleman

Auffenberg Ford, Inc.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

     MINUTE entry before Judge Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 5/14/2008 and continued to 8/19/2008 at 09:00 AM. Counsel advised additional discovery needed prior to setting a date for settlement conference. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.